**Martha M. Seeberger et al., appellees, v. Charles H. Seeberger, appellant.  Gen. No. 25,189.**
Action to recover trust fund.   Judgment for plaintiffs.   Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill,

Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed December 8, 1919.

Millard R. Powers, for appellant. King, Brower & Hurlbut, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.